1  LEXINGTON LAW GROUP
   Howard Hirsch, State Bar No. 213209
2  Ryan Berghoff, State Bar No. 308812
   503 Divisadero Street
3  San Francisco, CA  94117
   Telephone: (415) 913-7800
4  Facsimile: (415) 759-4112
   hhirsch@lexlawgroup.com
5  rberghoff@lexlawgroup.com

6  Attorneys for Plaintiff
   LAST BEACH CLEANUP
7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | LAST BEACH CLEANUP,                    | Case No. 4:21-cv-06086-JSW
                                             Assigned to Hon. Jeffrey S. White
12 |                   Plaintiff,
                                             **NOTICE OF DISMISSAL WITH
13 |        v.                                PREJUDICE**

14 | TERRACYCLE, INC., *et al*.,

15 |                   Defendants.

1  Plaintiff Last Beach Cleanup, acting through counsel, and pursuant to Federal Rule of
2  Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice.

Dated:   November 10, 2021            LEXINGTON LAW GROUP

By:  /s/ *Howard Hirsch*
Howard Hirsch (State Bar No. 213209)
Ryan Berghoff (State Bar No. 308812)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone (415) 913-7800
Facsimile (415) 759-4112
hhirsch@lexlawgroup.com
rberghoff@lexlawgroup.com

Attorneys for Plaintiff
LAST BEACH CLEANUP

**CERTIFICATE OF SERVICE**

I, Howard Hirsch, an attorney, hereby certify that on November 10, 2021, I caused a complete and accurate copy of the foregoing document to be served via this Court's ECM/ECF notification system, which will serve electronically to all participants in this case.

*/s/ Howard Hirsch*